FILED

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0104

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0104

\* \* \* \* \* \* \* \* \* \*

ERIC HATHAWAY,                    )
                                  )
    Plaintiff and Appellant,      )
                                  )
vs                                )     ORDER GRANTING
                                  )     APPELLANT'S MOTION FOR
ZOOT ENTERPRISES, INC.,           )     EXTENSION OF TIME TO
                                  )     FILE REPLY BRIEF
    Defendant and Appellee.       )
                                  )

Based upon the unopposed motion filed by Appellant Eric Hathaway, the time withing which Appellant has to file his Reply brief is extended from August 20, 2021 to August 30, 2021.

DATED this _____ day of August, 2021.

_____

c.    John M. Kauffman
      Jill Gerdrum

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 10 2021